# Exhibit A

Case 8:26-cv-00714-MSS-TGW    Document 1-1    Filed 03/17/26    Page 2 of 6 PageID 21

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

Assignment ID: TMI767503

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| B & T AG | | 01/19/2025 | Corporation: SWITZERLAND |

## RECEIVING PARTY DATA

| | |
|---|---|
| Company Name: | B&T USA, LLC |
| Street Address: | 6801 N 54th St, Ste 111 |
| City: | Tampa |
| State/Country: | FLORIDA |
| Postal Code: | 33610 |
| Entity Type: | Limited Liability Company: FLORIDA |

## PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 2919807 | B&T |

## CORRESPONDENCE DATA

Fax Number:        8132291600

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone:        8132297600
Email:        mrichter@shumaker.com
Correspondent Name:        Mindi M. Richter
Address Line 1:        101 E. Kennedy Blvd., Suite 2800
Address Line 4:        Tampa, FLORIDA 33602

| NAME OF SUBMITTER: | MINDI RICHTER |
|---|---|
| SIGNATURE: | /MINDI RICHTER/ |
| DATE SIGNED: | 01/20/2025 |

**Total Attachments: 4**
source=TRADEMARK ASSIGNMENT#page1.tiff
source=TRADEMARK ASSIGNMENT#page2.tiff
source=TRADEMARK ASSIGNMENT#page3.tiff
source=TRADEMARK ASSIGNMENT#page4.tiff

CH $40.00.00    781777580

TRADEMARK
REEL: 008720 FRAME: 0106

# TRADEMARK ASSIGNMENT

THIS ASSIGNMENT ("Assignment") is made effective as of the 19 day of January, 2025, by B & T AG, a Switzerland corporation ("Assignor"), and B&T USA, LLC, a Florida limited liability company ("Assignee").

## WITNESSETH:

WHEREAS, as of the date of this Assignment, Assignor intended to use, is using or has used and is an owner of all right, title, and interest in and to the trademark shown on Exhibit A (referred to as the "Mark");

WHEREAS, Assignee desires to acquire the entire interest of Assignor in and to the Mark and Assignee owns the business to which the Mark pertains; and

WHEREAS, Assignor has agreed to sell, assign, and transfer to Assignee all right, title, and interest of Assignor in and to the Mark in the United States, including all derivatives thereof, all related logo designs, all trademark and/or service mark applications therefor, and registrations thereof, and all goodwill associated therewith.

NOW, THEREFORE, in consideration of the premises, a valuable sum in dollars, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor does hereby sell, convey, assign, transfer, and deliver unto Assignee, absolutely and forever, all of its right, title, and interest, whether statutory or at common law, in and to the Mark in the United States, together with the goodwill of the business symbolized by the Mark and all registrations and recordings of and pending applications relating to the Mark and all renewals thereof owned by Assignor in the United States Patent and Trademark Office or in any similar office or agency of the United States, and any state thereof, including, without limitation, United States Trademark Registration Number 2,919,807.

At any time and from time to time at the request of Assignee, Assignor shall execute and deliver to Assignee or other parties designated by Assignee, at no cost or expense to Assignee, any new, additional, or confirmatory instruments and any other documents and perform all acts that may be necessary or desirable to effect the conveyance contemplated by this Assignment, to enable Assignee to register this Assignment in each of the jurisdictions where the Mark has been registered, and otherwise to enable Assignee to realize upon or otherwise enjoy the benefit of the rights assigned to Assignee pursuant to this Assignment and to accomplish the intent and purpose of this Assignment.

This Assignment shall be binding upon and shall inure to the benefit of the heirs, personal representatives, successors, and assigns of the respective Assignor and Assignee. This Assignment shall be governed in its construction, interpretation, and performance by the laws of the United States of America.

IN WITNESS WHEREOF, Assignor and Assignee have caused this Assignment to be executed as of the date and year first above stated.

31993397v1

**"ASSIGNOR"**

B & T AG

_Karl Brügger (Jan 19, 2025 09:21 PST)_

Name: Karl Brügger
Title: Owner

**"ASSIGNEE"**

B&T USA, LLC

Name: Sean Sullivan
Title: Owner

31993397v1

**TRADEMARK
REEL: 008720 FRAME: 0108**

## EXHIBIT A

| MARK | US REG. NO. |
|------|-------------|
| B&T | 2,919,807 |

31993397v1

# 31993397v1 - TRADEMARK ASSIGNMENT

Final Audit Report                                    2025-01-19

| | |
|---|---|
| Created: | 2025-01-19 |
| By: | Sean Sullivan (sean@bt-usa.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAHXEzTvbqnrbU-LZg1yDoe7AE3dd6Woli |

## "31993397v1 - TRADEMARK ASSIGNMENT" History

Document created by Sean Sullivan (sean@bt-usa.com)
2025-01-19 - 5:17:53 PM GMT- IP address: 216.61.150.29

Document emailed to karl.brugger@bt-ag.ch for signature
2025-01-19 - 5:18:01 PM GMT

Email viewed by karl.brugger@bt-ag.ch
2025-01-19 - 5:19:08 PM GMT- IP address: 104.28.42.101

Signer karl.brugger@bt-ag.ch entered name at signing as Karl Brügger
2025-01-19 - 5:21:32 PM GMT- IP address: 178.197.168.127

Document e-signed by Karl Brügger (karl.brugger@bt-ag.ch)
Signature Date: 2025-01-19 - 5:21:34 PM GMT - Time Source: server- IP address: 178.197.168.127

Agreement completed.
2025-01-19 - 5:21:34 PM GMT

 Adobe Acrobat Sign

---

**RECORDED: 01/20/2025**

**TRADEMARK**
**REEL: 008720 FRAME: 0110**