# Exhibit B

**Generated on:** This page was generated by TSDR on 2026-03-17 15:19:29 EDT

**Mark:** B&T

# B&T

**US Serial Number:** 78177580

**Application Filing Date:** Oct. 23, 2002

**US Registration Number:** 2919807

**Registration Date:** Jan. 18, 2005

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Jun. 27, 2025

**Publication Date:** Dec. 23, 2003 **Notice of Allowance Date:** Mar. 16, 2004

# Mark Information

**Mark Literal Elements:** B&T

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** [ Optical lens sight; telescopic lens sight; telescopic laser sights and optical laser sights ]

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** SECTION 8 - CANCELLED

**First Use:** Dec. 31, 2003

**Use in Commerce:** Dec. 31, 2003

**For:** Firearms, namely, pistols, guns and rifles; noise suppressors for firearms; silencers for firearms; gun and rifle parts and accessories, namely, handguards, tactical lights to be attached to and for use in connection with firearms, universal ammunition mounts, sight mounts, flashhiders, upper and lower receivers, stocks, barrels, laser sights namely non-optical and non-telescopic open sights for use on firearms, bipods, side rails, foregrips, sight lens namely non-optical and non-telescopic open sight for use on firearms

**International Class(es):** 013 - Primary Class

**U.S Class(es):** 002, 009

**Class Status:** ACTIVE

**First Use:** Dec. 31, 2003

**Use in Commerce:** Dec. 31, 2003

**For:** Retail services featuring armaments; wholesale distributorships featuring armaments; consulting on purchase of weapons and armaments for others

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**First Use:** Dec. 31, 2003

**Use in Commerce:** Dec. 31, 2003

**For:** Education services, namely, conducting classes, workshops and seminars in the fields of tactical use of weapons and anti-riot and anti-terrorist equipment; providing training regarding the tactical use of weapons and anti-riot and anti-terrorist equipment

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Dec. 31, 2003 | **Use in Commerce:** | Dec. 31, 2003 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | B&T USA, LLC | | |
| **Owner Address:** | 6801 N 54TH ST, STE 111 TAMPA, FLORIDA UNITED STATES 33610 | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | FLORIDA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Mindi M. Richter | | |
| **Attorney Primary Email Address:** | mrichter@shumaker.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Mindi M. Richter Shumaker, Loop & Kendrick, LLP 101 E. Kennedy Boulevard, Suite 2800 Tampa, FLORIDA United States 33602 | | |
| **Phone:** | 8132297600 | **Fax:** | 8132291660 |
| **Correspondent e-mail:** | mrichter@shumaker.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative

| | | | |
|---|---|---|---|
| **&nbspDomestic Representative Name:** | James Michael Faier | | |
| **&nbspDomestic Representative e-mail:** | jmfaier@faier.com | **&nbspDomestic Representative e-mail Authorized:** | No |

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 27, 2025 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jun. 27, 2025 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Jun. 27, 2025 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jun. 27, 2025 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jan. 22, 2025 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jan. 20, 2025 | TEAS SECTION 8 & 9 RECEIVED | |
| Jan. 18, 2024 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jul. 21, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 - E-MAILED | |
| Jul. 21, 2015 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |

| | |
|---|---|
| Jul. 21, 2015 | REGISTERED - SEC. 9 GRANTED/CHECK RECORD FOR SEC. 8 |
| Jul. 21, 2015 | REGISTERED - PARTIAL SEC. 8 (10-YR) ACCEPTED |
| Jul. 21, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Jul. 01, 2015 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP |
| Jun. 26, 2015 | TEAS SECTION 8 & 9 RECEIVED |
| Jun. 24, 2015 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jun. 24, 2015 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Aug. 29, 2011 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED |
| Aug. 29, 2011 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Aug. 29, 2011 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Jul. 18, 2011 | TEAS SECTION 8 & 15 RECEIVED |
| Jan. 18, 2005 | REGISTERED-PRINCIPAL REGISTER |
| Nov. 15, 2004 | LAW OFFICE REGISTRATION REVIEW COMPLETED |
| Oct. 12, 2004 | ASSIGNED TO LIE |
| Oct. 02, 2004 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED |
| Sep. 29, 2004 | ASSIGNED TO EXAMINER |
| Sep. 24, 2004 | STATEMENT OF USE PROCESSING COMPLETE |
| Sep. 15, 2004 | USE AMENDMENT FILED |
| Sep. 15, 2004 | TEAS STATEMENT OF USE RECEIVED |
| Mar. 16, 2004 | NOA MAILED - SOU REQUIRED FROM APPLICANT |
| Dec. 23, 2003 | PUBLISHED FOR OPPOSITION |
| Dec. 03, 2003 | NOTICE OF PUBLICATION |
| Oct. 27, 2003 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Sep. 29, 2003 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Oct. 15, 2003 | CASE FILE IN TICRS |
| Sep. 29, 2003 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Mar. 27, 2003 | NON-FINAL ACTION MAILED |
| Mar. 26, 2003 | ASSIGNED TO EXAMINER |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Jun. 28, 2025

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 2          **Registrant:** Brugger + Thomet AG

**Assignment 1 of 2**

**Conveyance:** CHANGE OF NAME

**Reel/Frame:** 5560/0424          **Pages:** 3

**Date Recorded:** Jun. 25, 2015

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/5560/0424

**Assignor**

**Name:** BRUGGER + THOMET AG          **Execution Date:** Mar. 20, 2013

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** SWITZERLAND

**Assignee**

**Name:** B & T AG

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** SWITZERLAND

**Address:** TEMPELSTRASSE 6
3608 THUN ,

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | MINDI M. RICHTER |
| **Correspondent Address:** | 101 E. KENNEDY BOULEVARD, SUITE 2800 TAMPA, FL 33602 |

**Domestic Representative - Not Found**

## Assignment 2 of 2

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
| **Reel/Frame:** | 8720/0106 | **Pages:** | 5 |
| **Date Recorded:** | Jan. 20, 2025 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/8720/0106 | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | B & T AG | **Execution Date:** | Jan. 19, 2025 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | SWITZERLAND |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | B&T USA, LLC | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | FLORIDA |
| **Address:** | 6801 N 54TH ST, STE 111 TAMPA , FLORIDA 33610 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | MINDI M. RICHTER |
| **Correspondent Address:** | 101 E. KENNEDY BLVD., SUITE 2800 TAMPA, FL 33602 |

**Domestic Representative - Not Found**

**Int. Cls.: 9, 13, 35, and 41**

**Prior U.S. Cls.: 2, 9, 21, 23, 26, 36, 38, 100, 101, 102, and 107**

**Reg. No. 2,919,807**

## United States Patent and Trademark Office

Registered Jan. 18, 2005

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

**B&T**

BRUGGER + THOMET AG (SWITZERLAND CORPORATION)
ZELGISTRASSE 10
THUN, SWITZERLAND CH-3608

FOR: OPTICAL LENS SIGHT; TELESCOPIC LENS SIGHT; TELESCOPIC LASER SIGHTS AND OPTICAL LASER SIGHTS , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-2003; IN COMMERCE 12-31-2003.

FOR: FIREARMS, NAMELY, PISTOLS, GUNS AND RIFLES; NOISE SUPPRESSORS FOR FIREARMS; SILENCERS FOR FIREARMS; GUN AND RIFLE PARTS AND ACCESSORIES, NAMELY, HANDGUARDS, TACTICAL LIGHTS TO BE ATTACHED TO AND FOR USE IN CONNECTION WITH FIREARMS, UNIVERSAL AMMUNITION MOUNTS, SIGHT MOUNTS, FLASHHIDERS, UPPER AND LOWER RECEIVERS, STOCKS, BARRELS, LASER SIGHTS NAMELY NON-OPTICAL AND NON-TELESCOPIC OPEN SIGHTS FOR USE ON FIREARMS, BIPODS, SIDE RAILS, FOREGRIPS, SIGHT LENS NAMELY NON-OPTICAL AND NON-TELESCOPIC OPEN SIGHT FOR USE ON FIREARMS, IN CLASS 13 (U.S. CLS. 2 AND 9).

FIRST USE 12-31-2003; IN COMMERCE 12-31-2003.

FOR: RETAIL SERVICES FEATURING ARMAMENTS; WHOLESALE DISTRIBUTORSHIPS FEATURING ARMAMENTS; CONSULTING ON PURCHASE OF WEAPONS AND ARMAMENTS FOR OTHERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-31-2003; IN COMMERCE 12-31-2003.

FOR: EDUCATION SERVICES, NAMELY, CONDUCTING CLASSES, WORKSHOPS AND SEMINARS IN THE FIELDS OF TACTICAL USE OF WEAPONS AND ANTI-RIOT AND ANTI-TERRORIST EQUIPMENT; PROVIDING TRAINING REGARDING THE TACTICAL USE OF WEAPONS AND ANTI-RIOT AND ANTI-TERRORIST EQUIPMENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-31-2003; IN COMMERCE 12-31-2003.

SN 78-177,580, FILED 10-23-2002.

MARC LEIPZIG, EXAMINING ATTORNEY