# Exhibit C



February 19, 2026

B&T USA, LLC (via Federal Express)
Attn: Mr. Sean P. Sullivan, Ms. Ridley Key & Mr. Eric Porter
4532 W. Kennedy Blvd., Suite 111, Tampa, Fl 33609
&
15897 S Axia Dr., Suite 400, Herriman Utah 84065
&
Via E-mail; sean@bt-usa.com; ridley@bt-usa.com; ericp@bt-usa.com

**Termination of License Agreement between B&T A.G., a Swiss company ("B&T AG") and B&T USA, LLC, a Florida limited liability company dated as of January 1, 2016 / instruction to transfer US registration of the trademark B&T / instruction to implement other measures following termination of License Agreement**

Dear Mr. Sullivan, Ms. Ridley and Mr. Porter:

B&T USA, LLC currently uses the intellectual property rights owned by B&T AG and distributes products of B&T AG on the basis of the License Agreement with effective date as of January 1, 2016 (the "License Agreement").

Article 10 of the License Agreement provides for a 90-day cure period in case of a first payment default and for a 30-day cure period for each further late payment.

Since at least the second half of 2023 B&T USA LLC has constantly defaulted by failing to meet its payment obligations and has received many reminders specifying the due date of each invoice. Amongst others such reminders were sent on January 8, 2025, February 28, 2025 March 31, 2025 April 14, 2025 May 20, 2025, July 18, 2025, August 20, 2025, September 25, 2025, October 27, 2025 December 16, 2025 and January 20, 2026. Furthermore, a formal subsequent demand for payment was sent on November 24, 2025 by mail. As a consequence, all cure periods provided for under the License Agreement have expired and B&T AG has the right pursuant to article 10 of the License Agreement to terminate the License Agreement and does so terminate the License Agreement with immediate effect.

In addition, in a lengthy WhatsApp call on January 12, 2026 as well as during a meeting on January 26, 2026 Mr. Karl Brügger explicitly made Mr. Sullivan aware of the very substantial unpaid invoices and demanded payment. Since then, Mr. Brügger has repeatedly requested payment and even made several alternative settlement proposals, some of which contained generous payment terms, however all of such proposals were rejected by Mr. Sullivan and then rejected again by the letter of Wiley Rein LLP dated February 17, 2026. As such all offers to compromise are hereby rescinded and withdrawn.

As a consequence of the failure to cure the long-standing payment defaults by. B&T USA LLC and the rejection of all proposals on how such payment default could be cured B&T AG hereby exercises it's right pursuant to article 10 of the License Agreement to terminate the License Agreement with immediate effect.



Pursuant to article 1 b. as limited by article 5 of the License Agreement all rights to the trademark "B&T" as well as all other marks of schedule C to the License Agreement belong to B&T AG exclusively. B&T USA LLC is hereby instructed to immediately refrain from any further use of the trademark "B&T" or any trademark or other sign that in the market could be confused with it. (The sole exceptions provided for in article 11 of the License Agreement would be in the context of the sale of remaining products of B&T AG if such product were formally offered for return for credit and B&T AG refused to accept them. Demand is hereby made for the immediate tender of all remaining B&T AG products to be returned for credit at cost.) B&T USA LLC is further instructed to transfer the US registration of the trademark "B&T" as well as any trademarks registered by B&T USA LLC that could in the market be confused with the trademark "B&T" or other marks or signs used by B&T AG to B&T AG no later than by the seventh day after receipt of this termination notice.

Furthermore, from the receipt hereof B&T USA, LLC is prohibited from using any intellectual property belonging to B&T AG. Pursuant to article 5 of the License Agreement B&T AG is the exclusive owner of all intellectual property rights of products developed by B&T AG or jointly developed by B&T AG and B&T USA LLC. The intellectual property rights in products exclusively developed by B&T USA LLC are also required to be transferred to B&T AG under article 5 of the License Agreement. To the extent any formal transfer of such intellectual property rights is required, B&T USA LLC is hereby instructed to implement such formal transfer no later than by the seventh day after receipt of this termination notice. To the extent B&T USA LLC asserts that it has exclusively developed unique improvements and same can be demonstrated B&T USA shall retain such rights in them as are provided for in article 5 of the License Agreement.

Under the last sentence of article 11 of the License Agreement B&T USA LLC is required to remove the component B&T from its corporate name and to change its corporate name to something that in the market cannot be confused or associated with "B&T" or "Brügger & Thomet". B&T USA LLC is hereby directed to implement these changes no later than by the seventh day after receipt hereof.

For avoidance of any doubt your attention is drawn to the stipulations of article 19 of the License Agreement which specify the applicability of Swiss substantive law and the exclusive jurisdiction of the courts of the city of Thun, Switzerland.

We look forward to your to your complete and timely compliance with your obligations resulting from the termination of the License Agreement.

Very truly yours,

B&T A.G.
By
Gerrit Straub
As instructed and authorized by the management board

B&T AG | Tempelstrasse 6 | 3608 Thun • Switzerland | Fon +41 33 334 67 00 | www.bt-ag.ch

## Straub Gerrit

| | |
|---|---|
| **Von:** | Geschäftsleitung <geschaeftsleitung@bt-ag.ch> |
| **Gesendet:** | Donnerstag, 19. Februar 2026 15:07 |
| **An:** | Straub Gerrit |
| **Betreff:** | Kündigung des Lizenzvertrages mit BT USA LLC |

 Sie erhalten nicht häufig E-Mails von geschaeftsleitung@bt-ag.ch. Erfahren Sie, warum dies wichtig ist

Sehr geehrter Herr Straub

An der heutigen Geschäftsleitungssitzung wurde der Beschluss gefasst, den Lizenzvertrag vom Januar 2016 gegenüber der BT USA LLC zu kündigen.

Hiermit erteilen wir Ihnen die Vollmacht, die Kündigung in unserem Namen auszusprechen und alle hierfür notwendigen juristischen Schritte einzuleiten.

Bitte bestätigen Sie uns kurz den Erhalt des Auftrages.

Freundliche Grüsse

R. Flütsch, A. Sollberger, M. Bütikofer, M. Brügger

 **Geschäftsleitung**

Fon       +41 33 334 67 00
Address   B&T AG • Tempelstrasse 6 • 3608 Thun • Switzerland • www.bt-ag.ch

1