# Exhibit D

Daniel B. Hassett
202.719.3309
dhassett@wiley.law

Krystal B. Swendsboe
202.719.4197
kswendsboe@wiley.law



Wiley Rein LLP
2050 M St NW
Washington, DC 20036
Tel:  202.719.7000

**wiley.law**

February 21, 2026

**VIA E-MAIL**

Gerrit Straub
Klein Rechtsanwälte AG
Beethovenstrasse 7, P.O. Box 1877
CH-8027 Zurich, Switzerland
straub@kleinlaw.ch

***Re:     Response to February 19 Termination and Demand Letter***

Dear Mr. Straub:

We write to respond to your February 19 letter and cover email seeking to terminate the License Agreement between B&T AG ("B&T Swiss") and B&T USA, LLC ("B&T USA") ("License Agreement"), which both parties have faithfully operated under since 2016.

As an initial matter, you have not responded to B&T USA's February 17 letter—which identified a variety of wrongful conduct committed by Mr. Brügger, including violation of the terms and spirit of the License Agreement and B&T USA's trademark rights. It is important to note that termination of that Agreement, which appears to be neither appropriate nor consistent with the explicit terms of the License Agreement, does not excuse past violations or allow for any ongoing violations of B&T USA's exclusive contractual and trademark rights. Further, we are unclear as to the meaning of your broad statement regarding "conflicts of interest."  We are satisfied that our representation of B&T USA LLC and Cloverleaf is consistent with all applicable professional ethical standards. If you provide an explanation of the factual basis for your assertion that there "existing conflicts of interest between the two companies," we will review your communication with our clients.

With respect to your February 19 letter, additional information is necessary to evaluate your representations. Accordingly, by Tuesday, February 24, 2026:

- Please provide a copy of all "written notice[s]" that you claim were provided to B&T USA. Section 10 of the License Agreement requires "written notice, sufficient to put [B&T USA] on notice of the nature of such default," and it is unclear what (if any) of the "reminders" identified in the third paragraph of your letter constitute "written notice" of default.

- Please identify the specific breach of Section 6, including failure to make any payment of a license fee detailed in Schedule D to the License Agreement, on which you rely for termination.  In response, we expect inclusion of all payments that B&T USA has made to the SCL YT on B&T Swiss' behalf that Mr. Brügger requested as an alternative to payment of a license fee.

- Please provide your basis for the demand that B&T USA transfer its trademark registration to B&T Swiss or that B&T USA refrain from exercising all rights associated

Gerrit Straub

February 21, 2026
Page 2

with its U.S. trademark. As you are aware, "B&T" is a registered U.S. trademark.  Mr. Brügger, on behalf of B&T Swiss, executed a Trademark Assignment agreement in January 2025, selling, assigning, and transferring to B&T USA all rights, title, and interest that trademark. The assignment of the "B&T" trademark to B&T USA was subsequently recorded with the U.S. Patent and Trademark Office on January 21, 2025.

We look forward to your prompt response on these issues, as well as to the outstanding matters raised in B&T USA's February 17 letter.  B&T USA values its long relationship with B&T Swiss, and we remain hopeful these issues can be resolved without further escalation.

Sincerely,

*Dan Hassett*

Daniel B. Hassett
Krystal B. Swendsboe

Cc: Karl Brügger,
    Namada Enterprises, Inc.,
    B&T AG

**wiley.law**